**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**KATHRINE DEIGAARD,**

    **Plaintiff,**

**vs.**                                        **CASE NO.:** _____

**FLOURNOY PROPERTIES GROUP, LLC**
**and FLOURNOY DEVELOPMENT COMPANY, LLC,**

    **Defendant.**
_____/

**COMPLAINT AND DEMAND FOR JURY TRIAL**

Plaintiff, Katherine Deigaard, (hereinafter referred to as "Plaintiff"), by and through her undersigned attorneys, hereby sues the Defendants, Flournoy Properties Group, LLC (hereinafter referred to as "Properties") and Flournoy Development Company, LLC (hereinafter referred to as "Development"), collectively known as "Defendants".

**JURISDICTION AND VENUE**

1.    Jurisdiction of this Court is invoked pursuant to 28 U.S.C. §§ 1331 because this civil action arises under the Constitution, laws, or treaties of the United States.

2.    Venue lies within the United States District Court for the Middle District of Florida, Tampa Division, in accordance with 28 U.S.C. § 1391(b) because Plaintiff resides in this Judicial District and because a substantial part of the events giving rise to this claim occurred in this Judicial District.

**PARTIES**

3.    Plaintiff resides in Pasco County, Florida.

4. Defendant, Properties, is a foreign corporation, licensed and authorized to conduct business in the State of Florida and doing business within Hillsborough County.

5. Defendant, Development, is a foreign corporation, licensed and authorized to conduct business in the State of Florida and doing business within Hillsborough County.

6. At all times material herein, Defendants were an integrated enterprise or joint employer of Plaintiff.

## ADMINISTRATIVE PREREQUISITES

7. All conditions precedent to bringing this action have occurred.

8. Plaintiff timely filed a charge of discrimination with the Equal Employment Opportunity Commission (EEOC) and the Florida Commission on Human Relations (FCHR). A copy of the charge is attached as Exhibit "A".

9. A notification of Right to Sue was received from the EEOC and a copy is attached as Exhibit "B". This Complaint has been filed within ninety (90) days of receipt thereof.

10. More than 180 days have passed since the filing of this charge.

11. Defendants are employers as defined by the laws under which this action is brought and employs the required number of employees.

## FACTUAL ALLEGATIONS

12. Plaintiff hand delivered her application for employment to Defendants on or about February 25, 2019.

13. Plaintiff was immediately scheduled for a telephone interview with the Director of Sales, Christine Coppinger.

14. During the interview it was expressed to Plaintiff that they were "hiring asap" and wanted someone to start immediately.

15. Additionally, during the interview Plaintiff fully disclosed that she was a single mother with four children and was sharing a vehicle with her boyfriend as they currently worked for the same employer.

16. Plaintiff advised Ms. Coppinger that if hired she would purchase a vehicle over the weekend.

17. Following the telephone interview, Plaintiff was offered employment which was to begin the following day.

18. The following day, November 26, 2018, Plaintiff reported for training as instructed.

19. That evening, Plaintiff received a text from the Property Manager, Kerianne Manning, instructing Plaintiff to "shop" five (5) competitor properties the following day, November 27, 2018.

20. Plaintiff performed the work as instructed and informed Ms. Manning of the information she had obtained.

21. The following day, on or about November 28, 2018, Ms. Manning called to inform Plaintiff that she was not a good fit because she had four children and no vehicle and not to report back for work.

22. Plaintiff reminded Ms. Manning that she was going to purchase a second vehicle over the weekend, wherein Ms. Manning stated to Plaintiff that having four children "poses a risk".

## COUNT I
## FCRA- GENDER DISCRIMINATION

23. Plaintiff realleges and adopts the allegations stated in Paragraphs one (1) through twenty-two (22).

24. Plaintiff is a member of a protected class under the Florida Civil Rights Act.

25. By the conduct described above, Defendants engaged in unlawful employment practices and discriminated against Plaintiff on account of her gender in violation of the Florida Civil Rights Act.

26. Defendants knew or should have known of the discrimination.

27. As a result of Defendants' unlawful discrimination, Plaintiff has suffered and continues to suffer damages.

WHEREFORE, Plaintiff prays for the following damages against Defendants:

    a. Back pay and benefits;

    b. Interest on back pay and benefits;

    c. Front pay and benefits;

    d. Compensatory damages for emotional pain and suffering;

    e. Punitive damages;

    f. For costs and attorneys' fees;

    g. Injunctive relief;

    h. For any other relief this Court deems just and equitable.

## COUNT II
## TITLE VII – GENDER DISCRIMINATION

28. Plaintiff realleges and adopts the allegations stated in Paragraphs one (1) through twenty-two (22).

29. Plaintiff is a member of a protected class under Title VII.

30. By the conduct described above, Defendants engaged in unlawful employment practices and discriminated against Plaintiff on account of her gender in violation of Title VII of the Civil Rights Act.

31. Defendants knew or should have known of the discrimination.

32. As a result of Defendants' unlawful discrimination, Plaintiff has suffered and continues to suffer damages.

WHEREFORE, Plaintiff prays for the following damages against Defendants:

    a. Back pay and benefits;

    b. Interest on back pay and benefits;

    c. Front pay and benefits;

    d. Compensatory damages;

    e. Punitive damages;

    f. Costs and Attorneys' Fees;

    g. Injunctive relief;

    h. For any other relief this Court deems just and equitable.

WHEREFORE, Plaintiff respectfully requests all legal and equitable relief allowed by law including judgment against Defendants for prejudgment interest, payment of reasonable attorneys' fees and costs incurred in the prosecution of the claim and such other relief as the Court may deem just and proper.

## DEMAND FOR JURY TRIAL

33. Plaintiff requests a jury trial on all issues so triable.

Dated this 12th day of November 2019.

                                      FLORIN GRAY BOUZAS OWENS, LLC

                                      <u>/s/Wolfgang M. Florin</u>
                                      Wolfgang M. Florin
                                      Florida Bar No. 907804
                                      wolfgang@fgbolaw.com
                                      Christopher D. Gray
                                      Florida Bar No.: 0902004
                                      chris@fgbolaw.com
                                      16524 Pointe Village Drive, Suite 100

Lutz, FL 33558                    `
Telephone (727) 254-5255
Facsimile (727) 483-7942
Attorneys for Plaintiff